DBS: vrh
C268/81-080

UNITED STATES DISTRICT COURT

For the

MIDDLE DISTRICT OF FLORIDA

CASE NO.: _____

Orlando Division

SOUTHEASTERN HISPANIC REGION OF
THE CHURCH OF GOD OF PROPHECY, INC.,

    Plaintiff,

vs.

CHURCH MUTUAL INSURANCE COMPANY S. I.

    Defendant.
_____/

**NOTICE OF REMOVAL**

    Defendant, **CHURCH MUTUAL INSURANCE COMPANY**, (hereinafter "Church Mutual" or "Defendant"), hereby files this Notice of Removal and as grounds for removal states as follows:

**I.  BACKGROUND AND FOUNDATION FOR REMOVAL – STATE COURT**

    1.  Plaintiff commenced this action on April 23, 2021 by filing a Complaint in the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida bearing Case No. 2021-CA-1183-CI ("Complaint").  A copy of the Complaint is attached hereto as **Exhibit** "**1**".

    2.  The Complaint was served on Church Mutual on or about April 28, 2021. The Complaint alleges breach of contract seeking recovery of insurance proceeds under an insurance policy ("Policy") issued by Church Mutual to Plaintiff for damages allegedly occurring at the

property located at 152 Oakwood Drive, Kissimmee, Florida 34743 ("Property") on or about September 10, 2017, purportedly as a result of Hurricane Irma.

## II.   FEDERAL DIVERSITY JURISDICTION

3.   This Court has original jurisdiction of this action under the provisions of 28 U.S.C. § 1332 and it is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action with an amount in controversy exceeding the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4.   Removal is effectuated pursuant to the provisions of 28 U.S.C. § 1441 and is timely within the provisions of 28 U.S.C. § 1446(b)(3), which states in part "[I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."  This case is being removed within thirty days of when Church Mutual was served with the Complaint and pursuant to the Plaintiff's damage estimate, by Trust Public Adjusters, LLC ("Plaintiff's Estimate") attached to the Complaint, which is in the amount of $303,573.69.[1].

**DIVERSITY OF CITIZENSHIP**

5.   Plaintiff is a Florida resident and owner of the Property, according to the Complaint.

6.   Church Mutual is a Foreign Corporation with its principal place of business in Merrill, WI. See **Exhibit "2"**.

---

[1] Church Mutual's reference to the alleged damages is not an admission by Church Mutual as to either the existence of or liability for such damages and has no bearing on the defenses or rights available to Church Mutual in this litigation. This information provided solely only to establish the amount in controversy as it relates to diversity jurisdiction and not for any other purpose.

**III.     AMOUNT IN CONTROVERSY**

7.     Based on the damages claimed by Plaintiff in the Complaint and Plaintiff's Estimate, Plaintiff seeks at least $303,573.69. *See* **Exhibit "3"**.

8.     In addition, Plaintiff seeks recovery of attorney's fees and costs pursuant to sections 627.428 and 626.9373, Fla. Stat. Therefore, the amount in controversy exceeds $75,000.

**IV.     REMOVAL JURISDICTION IS APPROPRIATE**

9.     Defendant properly invokes this Court's diversity removal jurisdiction as the parties are diverse and the amount in controversy exceeds $75,000.00.

10.     This Notice of Removal is timely because it has been filed within thirty days of service of the Complaint upon Defendant.

11.     Simultaneously with the filing of this removal, the State Court was notified of the removal of this matter to this Court. A copy of Church Mutual's Notice of Filing Notice of Removal dated May 28, 2021 is attached as **Exhibit "4"**.

12.     All other documents filed in the State Court are attached as **Composite Exhibit "5"**.

**WHEREFORE**, Defendant, **CHURCH MUTUAL INSURANCE COMPANY**, seeks removal of CASE NO.: 2021-CA-1183-CI in the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida to the United States District Court for the Middle District of Florida and for the Court to take jurisdiction of this matter.

Respectfully submitted,

KELLER LANDSBERG PA
*Counsel for Defendant*
Broward Financial Centre
500 East Broward Boulevard, Suite 1400
Fort Lauderdale, FL 33394
Telephone: 954-761-3550
E: Dena.Sacharow@kellerlandsberg.com
E: Valerie.Hylton@kellerlandsberg.com
E: Marie.Sanchez@KellerLandsberg.com

By: */s/ Dena Sacharow*
      Dena B. Sacharow, FBN: 84640

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this **28th day of May 2021,** we presented to the above Clerk of the Court for filing and uploading to the Court's CM/ECF system which will generate a notice of electronic filing to: **Clayton T. Kuhn, Esq.**, (Counsel for Plaintiff), Kuhn Raslavich, P.A., 2110 West Platt Street, Tampa, FL 33606; Ph: 813-422-7782; Fax: 813-422-7783; service1@thekrfirm.com, Clay@thekrfirm.com, Ben@thekrfirm.com.

By: */s/ Dena Sacharow*
      Dena B. Sacharow